THE CITY TRUST & SAVINGS BANK OF YOUNGSTOWN, OHIO, The Mutual Holding Company and W. W. Zimmerman, as Receiver of the City Securities Company, Appellants, v. George Fred LIVINGSTON, Bankrupt, Appellee.

No. 7860.

Circuit Court of Appeals, Sixth Circuit.

May 4, 1939.

M..Kain, Ohl & Swanner, of Youngstown, Ohio, for appellants.

Henderson, Wilson, Wyatt & Ranz, of Youngstown, Ohio, for appellee.

Before HICKS, HAMILTON, and ARANT, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and the arguments of counsel, and it appearing that there was no clear mistake or abuse of judicial discretion in the order appealed from entered August 11, 1937, concurring in the findings of the Special Master on Specifications in Opposition to Discharge, and granting to George Fred Livingston, appellee, a discharge in bankruptcy, it is therefore ordered and adjudged that the order appealed from be and the same is in all things affirmed.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. CENTRAL CEMETERY COMPANY OF ILLINOIS, Respondent.

No. 6724.

Circuit Court of Appeals, Seventh Circuit.

July 22, 1938.

Before MAJOR, Circuit Judge.

MAJOR, Circuit Judge.

On motion of counsel for petitioner, counsel for respondent consenting thereto, and upon consideration of the certificate of the Clerk of the United States Board of Tax Appeals, it is ordered and adjudged that this cause be docketed in this court and that the petition of the Commissioner of Internal Revenue for a review of the decision of the United States Board of Tax Appeals, entered therein on January 28, 1938, be, and the same is hereby dismissed.